| | |
|---|---|
| **From:** | Dana LeJune |
| **To:** | calv@vn-a.com; vannoord@novagate.com; c_vannoord@hotmail.com; fcj3@aol.com; fcj5898@aol.com; fcj@sbcglobal.net; fcj5898@sbcglobal.net; cvannoord@insightbb.com; calv@vn-a.com |
| **Cc:** | "Scott Francis"; "Paula Taylor"; "Davinia Duncan"; Davi Oppenheimer |
| **Subject:** | Client: Dave Oppenheimer: Matter: Infringement of Copyrights in photograph by Van Noord & Associates Inc. and Calvin G. Van Noord individually |
| **Date:** | Friday, August 05, 2016 2:34:58 PM |
| **Attachments:** | Dana"s CV (updated 16-04-01)).pdf |
| **Importance:** | High |

Dear Mr. Van Noordt:

Thank you for speaking with me about the above-reference matter.

As you now know, I represent David Oppenheimer, photographer, who has communicated with you and tried to resolve the piracy of one of his copyrighted images by you and your company.

Initially, I assure you that your suspicions about this being "a scam" are unjustified, and that you cannot sue me for calling you. In this regard, I've attached my *curriculum vitae* for your edification.

You've explained that:

1.   You do not sell real estate;
2.   That you only appraise it;
3.   That you didn't upload the pirated image to your website, a college kid you hired to do website updating did it;
4.   That even though you lease office space, at the time of the infringing acts, you were not covered by any Commercial General Liability Insurance (which would cover such an "advertising injury;"
5.   That you are not of substantial means; *and*
6.   Are therefore unable to pay a large settlement to avoid litigation of your infringement.

Because of your claim that you are unable to pay a settlement in the lower range of the statutory damages provided by the copyright act ($30,000), I suggested that you prove your financial wherewithal by providing your tax returns for my review. You agreed to do so after I prove that this is not a "scam," and after I prove that I am who I claim to be.

**I will wait until Friday next week for you to provide to me your individual tax returns, and those of your company's, for the previous three years.  After Friday next, should we have been unable to resolve Mr. Oppenheimer's infringement claim, or should you fail to have provided these tax returns, suit will be filed.**

Should you or an attorney wish to further discuss Mr. Oppenheimer's claims, feel free to call me at the below number.


Dana Andrew LeJune


**EXHIBIT E**

Board-Certified, Civil Trial Lawyer
6525 Washington Avenue
Suite 300
Houston, Texas 77007
713.942.9898 Office
713.942.9899 Facsimile
**Licensed in the States of**
**Texas and North Carolina**
"Zealous Representation"
WWW.TRIALLAWYERS.NET
WWW.COPYRIGHTSUIT.NET
Rated AV® *Preeminent™* by Martindale-Hubbell

**He who *will* not reason, is a bigot; he who *can*not is a fool; and he who dares not is a slave.**
**  -- Sir William Drummond.**

# EXHIBIT E